UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JESSE JAMES** | § | CIVIL ACTION NO. _____ |
| | § | |
| **versus** | § | JUDGE_____ |
| | § | |
| **MRC RECEIVABLES CORP., ET AL** | § | MAGISTRATE _____ |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Cavalry Portfolio Services, LLC (Cavalry), defendant in civil action entitled "*Jesse James v. MRC Receivables Corp., et al*", Suit No. 591,172, Sec. A, 1st Judicial District Court, Parish of Caddo, State of Louisiana, files this notice of removal of the civil action to the United States District Court for the Western District of Louisiana, Shreveport Division.

A copy of this notice of removal is being filed with the Clerk of the 1st Judicial District Court, Parish of Caddo, in conformity with 28 U.S.C. §1446(d), as amended.

Cavalry respectfully represents that the grounds for removal are:

1.

On or about March 1, 2016, a petition entitled "*Jesse James v. MRC Receivables Corp., et al*", was filed as Suit No. 591,172, Sec. A, in the 1st Judicial District Court, Parish of Caddo, State of Louisiana, which is within the jurisdiction of the Western District of Louisiana, Shreveport Division

2.

The petition was received by Cavalry via Federal Express on or about April 25, 2016.

673501.1

3.

Thirty days have not expired since the receipt by Cavalry, through service or otherwise, of a copy of the initial pleadings setting forth a claim for relief upon which such action or proceeding is based.

4.

One year has not expired since the commencement of this action.

5.

Among other allegations, plaintiff asserts that Cavalry is liable under the federal Fair Debt Collection Practices Act by engaging in a wrongful, illegal and harassing debt collection campaign.[1]  Plaintiff also asserts claims under the federal Fair Credit Reporting Act.[2]

6.

The above described action is one over which this court has original jurisdiction pursuant to 28 U.S.C. §1331, in that this case arises under the laws of the United States. Therefore, pursuant to 28 U.S.C. §1441, this case may be removed to the United States District Court for the Western District of Louisiana.

7.

Congress has dictated that federal courts have jurisdiction over all cases "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  Normally, the "well-pleaded complaint" rule requires that, for a federal court to have "arising under" jurisdiction, the plaintiff's federal law claims must appear on the face of the complaint. *Merrell Dow Pharm. Inc.*

---

[1] *See* Exhibit A at Petition, ¶¶ 71-76.
[2] *Id.*, at ¶¶ 63-70.

673501.1

*v. Thompson*, 478 U.S. 804, 808, 106 S.Ct. 3229, 92 L.Ed.2d 650 (1986). On the face of the plaintiff's petition, he has asserted claims arising under several federal laws.

8.

This court may also maintain jurisdiction over the plaintiff's state law claims under this Court's supplemental jurisdiction, 28 U.S.C. § 1367.

9.

The only process, pleadings, and orders filed in this matter of which Cavalry is aware are the following: the petition and attached documents, the citations and a notice of removal filed by defendants MRC Receivables Corp., Midland Funding, LLC, Encore Capital Group, Inc., and Midland Credit Management, Inc. Filed herewith as Exhibit A is a copy of all documents filed in the 1st Judicial District Court record as of this date.

10.

Pursuant to 28 U.S.C. § 1446(a), Cavalry attaches as Exhibit B a copy of all processes, pleadings and orders served upon it.

11.

Cavalry is aware that defendants MRC Receivables Corp., Midland Funding, LLC, Encore Capital Group, Inc., and Midland Credit Management, Inc. (collectively "the Midland Defendants") filed a notice of removal of this lawsuit from the 1st Judicial District Court to this Court on April 4, 2016, which is pending as civil action no. 16-00448. (Civil Action No. 16-00448, R. Doc. 1). Defendant Equable Ascent Financial LLC (EAF) executed a consent to the Midland Defendants' notice of removal, which was filed on April 18, 2016. (Civil Action No. 16-00448, R. Doc. 10). Cavalry is further aware that plaintiff has filed a motion to remand

asserting that the Midland Defendants' notice of removal is untimely. (Civil Action No. 16-00448, R. Doc. 11). As of the date of this filing, the Court has not ruled on plaintiff's motion to remand.

12.

Out of an abundance of caution, Cavalry is filing its Notice of Removal to effect this Court's jurisdiction. Attached to this notice of removal as Exhibit C are consents to removal executed by the Midland Defendants and EAF.

13.

Promptly after this notice of removal is filed, written notice thereof will be given to all adverse parties and a copy of the notice of removal will be filed with the Clerk of the 1st Judicial District Court, Caddo Parish to affect the removal of this civil action to this Honorable Court as provided by law.

14.

This notice of removal does not waive any objections, motions and exceptions that Cavalry would have if this matter remained in state Court. Cavalry reserves all objections, motions and exceptions it may have.

**WHEREFORE**, Cavalry Portfolio Services, LLC, prays that this notice of removal be accepted as good and sufficient, and that the aforesaid petition be removed from the state court to this Honorable Court for trial and determination as provided by law, that this court enter such orders and issue such process as may be proper to bring before it all copies of all records and proceedings in the civil action from state court, and there upon proceed with this civil action as if it had originally been commenced in this court.

Respectfully submitted,

*/s/ Amanda S. Stout*
MICHAEL D. FERACHI, (Bar Roll No. 19566)
AMANDA S. STOUT (Bar Roll No. 29001)
McGlinchey Stafford
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 383-9000
Telecopier: (225) 343-3076

ATTORNEYS FOR CAVALRY PORTFOLIO SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record and *pro se* parties via United States Mail, postage prepaid and properly addressed and/or electronically via the court's CM/ECF system, on this the 17th day of May, 2016.

*/s/ Amanda S. Stout*
Amanda S. Stout